An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW SASSON, AN INDIVIDUAL; THE LIGHT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CLUB JUNGLE MANAGEMENT LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

JANE DOE, AN INDIVIDUAL,

Respondent.

No. 65263

**FILED**

NOV 0 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).[1]

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]On August 11, 2014, we stayed all proceedings in the underlying district court case pending this court's resolution of this appeal. Pursuant to the parties' stipulation to lift the stay, and in light of the dismissal of this appeal, we lift the stay of the proceedings in Eighth Judicial District Court Case No. A-13-693506-C.

14-36328

cc: Hon. Allan R. Earl, District Judge
Ara H. Shirinian, Settlement Judge
Chesnoff & Schonfeld
Fisher & Phillips LLP
Campbell & Williams
Eighth District Court Clerk